IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES R. SCHULTZ,

    Plaintiff,

v.

JEFFREY PUGH, REED RICHARDSON,
MICHAEL KASTEN, ERIC JOHNSON,
JOHN SEVERSON, DOUGLAS DeMARS,
JEROME SWEENEY, MAGUIRE-PETKE,
UNIVERSITY HOSPITALS,
KENNETH MILBECK and
BRADLEY HOOVER,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-581-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Sweeney, Maguire-Petke and University Hospitals; and

(2) granting summary judgment in favor of Jeffrey Pugh, Reed Richardson, Michael Kasten, Eric Johnson, John Severson, Douglas DeMars, Kenneth Milbeck and Bradley Hoover and dismissing this case.

By: *[signature]* Deputy Clerk      5-7-12

Peter Oppeneer, Clerk of Court      Date